**No. 10-6324. Joseph R. Grooms, Petitioner v. United States.**

562 U.S. 1196, 131 S. Ct. 1040, 178 L. Ed. 2d 859, 2011 U.S. LEXIS 666.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 974, 131 S. Ct. 491, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7924.

**No. 10-6326. Joseph Morales, Petitioner v. Shirlee Harry, Warden.**

562 U.S. 1196, 131 S. Ct. 1040, 178 L. Ed. 2d 859, 2011 U.S. LEXIS 693.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1014, 131 S. Ct. 530, 178 L. Ed. 2d 390, 2010 U.S. LEXIS 8474.

**No. 10-6353. Vonne I. Torrez, Petitioner v. Clifford E. Eley.**

562 U.S. 1196, 131 S. Ct. 1040, 178 L. Ed. 2d 859, 2011 U.S. LEXIS 670.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1046, 131 S. Ct. 600, 178 L. Ed. 2d 439, 2010 U.S. LEXIS 8823.

**No. 10-6412. Elmer L. O'Connell, Petitioner v. Jeffrey Uttecht, Superintendent, Coyote Ridge Corrections Center.**

562 U.S. 1196, 131 S. Ct. 1040, 178 L. Ed. 2d 859, 2011 U.S. LEXIS 630.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1014, 131 S. Ct. 531, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8500.

**No. 10-6439. David J. Washington, Petitioner v. Larry W. Propes.**

562 U.S. 1196, 131 S. Ct. 1040, 178 L. Ed. 2d 859, 2011 U.S. LEXIS 686.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1032, 131 S. Ct. 574, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8800.

**No. 10-6603. Geoffrey L. Rashaw-Bey, Petitioner v. United States District Court for the Western District of Missouri.**

562 U.S. 1196, 131 S. Ct. 1040, 178 L. Ed. 2d 859, 2011 U.S. LEXIS 614.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 991, 131 S. Ct. 444, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8209.

**No. 10-6743. Alvin W. Byrd, Jr., Petitioner v. United States.**

562 U.S. 1196, 131 S. Ct. 1041, 178 L. Ed. 2d 859, 2011 U.S. LEXIS 625.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1019, 131 S. Ct. 545, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8459.